```
___FILED           ___RECEIVED
___ENTERED         ___SERVED ON
                   COUNSEL/PARTIES OF RECORD

        AUG 27, 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00171-RFB-BNW |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| HELEN ANN KAAIALII, | |
| Defendant. | |

This Court finds Helen Ann Kaaialii pled guilty to Count One of a One-Count Criminal Information charging her with theft of government property in violation of 18 U.S.C. § 641. Criminal Information, ECF No. 5; Change of Plea, ECF No. 10; Plea Agreement, ECF No. 7.

This Court finds Helen Ann Kaaialii agreed to the imposition of the in personam criminal forfeiture money judgment of $149,123 set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information. Criminal Information, ECF No. 5; Change of Plea, ECF No. 10; Plea Agreement, ECF No. 7.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 641, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(D), or a conspiracy to commit such offense, and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

This Court finds that Helen Ann Kaaialii shall pay an in personam criminal forfeiture money judgment of $149,123 to the United States of America pursuant to

///

Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Helen Ann Kaaialii an in personam criminal forfeiture money judgment of $149,123.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____August 27,_____, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE**, 2020.

/s/ *Heidi Skillin*
HEIDI SKILLIN
FSA Contractor