JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Las Vegas Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant – HELEN KAAILII

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-171-RFB-BNW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| HELEN KAAILII, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant HELEN KAAILII and JESSICA OLIVA, Assistant United States Attorney, that sentencing currently scheduled for December 1, 2020 at 10:00 a.m., be vacated and reset to a date thirty (30) days or less .

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and she has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing of thirty (30) days or less.

This is the first request for continuance filed herein.

DATED: November 27, 2020,


/S/
JESS R MARCHESE, ESQ.
601 S. Las Vegas Blvd.
Las Vegas, Nevada 89101
Attorney for Defendant

/S/
JESSICA OLIVA, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd South #1100
Las Vegas, Nevada 89101

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. LV Boulevard
Las Vegas, NV  89101
(702) 385-5377 Fax (702) 474-4210
marcheselaw@msn.com
Attorney for Defendant- HELEN KAAILII

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-CR-171-RFB-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HELEN KAAILII, | ) | |
| | ) | |
| Defendant. | ) | |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his out-of-custody client and she has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to a date thirty (30) days or less.

This is the first request for continuance filed herein.

## **ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for December 1, 2020, at 10:00 a.m., be continued to the  2nd  day of          February          , 2021  at  11:00 AM   in LV Courtroom 7C     by videoconference.

DATED this 30th  day of November          , 2020.

_____
RICHARD F. BOULWARE, II
**UNITED STATES DISTRICT JUDGE**