FILED
RECEIVED
ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>HELEN ANN KAAIALII,<br><br>　　　　Defendant. | 2:20-CR-171-RFB-BNW<br><br>**Final Order of Forfeiture** |

　　　This Court found that Helen Ann Kaaialii shall pay the in personam criminal forfeiture money judgment of $149,123 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 5; Plea Agreement, ECF No. 7; Arraignment & Plea, ECF No. 10; Preliminary Order of Forfeiture, ECF No. 11.

　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　The in personam criminal forfeiture money judgment amount of $149,123 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

　　　THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Helen Ann Kaaialii the in personam criminal forfeiture money judgment of $149,123 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED __February 2_____, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on November 13, 2020.

/s/ Heidi Skillin
HEIDI SKILLIN
FSA Contractor Paralegal
